No. 544. LEE LOOK, APPELLANT, *v.* FRANK H. ROSS, JR., SHERIFF OF SANTA CLARA COUNTY, CAL. Appeal from the District Court of the United States for the Northern District of California. Motions to dismiss or affirm submitted April 10, 1905. Decided April 17, 1905. *Per Curiam.* Final order affirmed with costs. *Lee Look* v. *California,* 195 U. S. 623; *Markuson* v. *Boucher,* 175 U. S. 184; *People* v. *Lee Look,* 143 California, 216. *Mr. A. H. Jarman* for appellant. *Mr. James H. Campbell* for appellee.

---

No. 513. ROBINSON AND WATSON, ET AL., PLAINTIFFS IN ERROR, *v.* W. J. WINGATE, COUNTY JUDGE OF ORANGE COUNTY, TEX., ET AL. In error to the Court of Civil Appeals of the First Supreme Judicial District of the State of Texas. Motions to dismiss or affirm submitted April 17, 1905. Decided April 24, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Erie Railroad Company* v. *Purdy,* 185 U. S. 148; *Harding* v. *Illinois,* 196 U. S. 78. Case below, 80 S. W. Rep. 1067; 83 S. W. Rep. 182. *Mr. Thomas H. Clark* for plaintiffs in error. *Mr. Rebel Lee Robertson* for defendants in error.

---

No. 534. EDWARDS SANFORD HATCH, APPELLANT, *v.* HENRY B. KETCHAM, TRUSTEE IN BANKRUPTCY, ETC. Appeal from the United States Circuit Court of Appeals for the Second Circuit. Motions to dismiss or affirm submitted April 17, 1905. Decided April 24, 1905. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Holden* v. *Stratton,* 191 U. S. 115. *Mr. John C. F. Gardner* for appellant. *Mr. Benjamin N. Cardozo* for appellee.